DAYLE ELIESON
Acting United States Attorney
District of Nevada

ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone No. (415) 977-8937
    Facsimile No. (415) 744-0134
    Email Address: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELODY CASNER, | Case No. 2:18-cv-00113-JCM-VCF |
| Plaintiff, | |
| v. | ~~EX PARTE~~ **MOTION FOR EXTENSION OF TIME** |
| NANCY BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | (*FIRST REQUEST*) |
| Defendant. | |

Defendant respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on April 10, 2018, by 30 days, through and including May 10, 2018.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

-1-

This request is being made ex parte because Counsel for Defendant attempted to confer with Plaintiff's counsel by e-mail on April 9, 2018 and April 10, 2018, and by telephone on April 10, 2018, but was unable to reach him and wanted to file this by the original Answer due date.

Respectfully submitted this 10 day of April 2018.

DAYLE ELIESON
Acting United States Attorney

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

CAROL S. CLARK
Assistant Regional Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2018

# CERTIFICATE OF SERVICE

I, Elizabeth Firer, certify that the following individual was served with a copy of the **EX PARTE MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa

Dated this 10 day of April 2018.

                                        */s/ Elizabeth Firer*
                                        **ELIZABETH FIRER**
                                        Special Assistant United States Attorney