DAYLE ELIESON
United States Attorney
District of Nevada

ELIZABETH FIRER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone: 415-977-8937
Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELODY J. CASNER, | Case No. 2:18-cv-00113-JCM-VCF |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Nancy Berryhill, Acting Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on July 9, 2018, by 14 days, through and including July 23, 2018.

An extension of time is needed in order to finalize and file Defendant's Brief because the attorney responsible for drafting the responsive brief is new to the San Francisco Office of General Counsel for Social Security Administration, and her work is currently under review by a senior attorney in the office. The assigned attorney and the reviewing attorney have been out of the office during

-1-

consecutive week-long periods, secondary to previously scheduled commitments, delaying coordination of the review process.  This request is made in good faith with no intention to unduly delay the proceedings.

    Counsel for Defendant conferred with Plaintiff's counsel on July 9, 2018.  Plaintiff's counsel does not oppose this motion.

    Respectfully submitted this 9th day of January 2018.

DAYLE ELIESON
United States Attorney

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

CAROL CLARK
Of Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-10-2018

**CERTIFICATE OF SERVICE**

I, Elizabeth Firer, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Gerald Welt

Dated this 9th day of July 2018.

>> */s/ Elizabeth Firer*
>> **ELIZABETH FIRER**
>> Special Assistant United States Attorney