DAYLE ELIESON
United States Attorney
District of Nevada

CAROL S. CLARK
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8975
Facsimile: (415) 744-0134
Email: carol.s.clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELODY CASNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:18-CV-0113-JCM-VCF<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

///

///

///

///

///

///

///

///

- 1 -

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

> Carol S. Clark
> Special Assistant United States Attorney
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105
> Telephone: (415) 977-8975
> Facsimile: (415) 744-0134
> Email: carol.s.clark@ssa.gov

**SAUSA Elizabeth Firer should be terminated and receive no further notifications from the Court's CM/ECF system.**

DATED: July 16, 2018

Respectfully submitted,

DAYLE ELIESON
Acting United States Attorney

/s/ Carol S. Clark
CAROL S. CLARK
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-16-2018

- 2 -

# CERTIFICATE OF SERVICE

I, Carol S. Clark, certify that the following individuals were served with a copy of the **NOTICE OF CHANGE OF ATTORNEY** on the date and via the method of service identified below:

**CM/ECF:**

**Cyrus Safa**
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

DATED: July 16, 2018

                                   */s/ Carol S. Clark*
                                   CAROL S. CLARK
                                   Special Assistant United States Attorney