UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MELODY CASNER, | Case No. 2:18-CV-113 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Ferenbach's report and recommendation ("R&R") in the matter of *Casner v. Commissioner of Social Security*, case number 2:18-cv-00113-JCM-VCF. No objections have been filed, and the deadline for doing so has passed.

Also before the court is plaintiff Melody Casner's ("plaintiff") motion to remand. (ECF No. 20). Defendant Commissioner of Social Security ("defendant") filed a response (ECF No. 24). Plaintiff has not filed a reply, and the time to do so has passed.

Lastly before the court is defendant's countermotion to affirm the agency decision. (ECF No. 23). No response has been filed, and the time to do so has passed.

Magistrate Judge Ferenbach finds that the administrative law judge ("ALJ") erred in ruling that plaintiff is capable of performing past relevant work without consulting a treating, examining, or non-examining physician (or other medical expert) prior to rendering a decision. (ECF No. 27 at 3–4). *See Nemergut v. Astrue*, No. 2:13-cv-0254-GMN-GWF, 2015 WL 1119965, at *16 (D. Nev. Mar. 12, 2015); *see also Mendoza v. Barnhart*, 436 F. Supp. 2d 1110, 1116 (C.D. Cal. 2006) ("[T]he administrative record does not contain any opinion by a treating or examining physician regarding plaintiff's RFC, and the ALJ failed to get such an opinion. Thus, the ALJ also did not fully and fairly develop the record in this regard."). Accordingly, Magistrate Judge Ferenbach

**James C. Mahan**
**U.S. District Judge**

recommends that the court grant plaintiff's motion to remand (ECF No. 20) and deny defendant's countermotion to affirm (ECF No. 23). (ECF No. 27).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's report and recommendation (ECF No. 27) are ADOPTED in their entirety.

IT IS FURTHER ORDERED that defendant's motion to affirm the agency decision (ECF No. 23) be, and the same hereby is, DENIED.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1 | IT IS FURTHER ORDERED that plaintiff's motion to remand (ECF No. 20) be, and the same hereby is, GRANTED, and that this matter is remanded to the Social Security Administration for further administrative proceedings consistent with Magistrate Judge Ferenbach's report and recommendation.

DATED June 27, 2019.

_____
UNITED STATES DISTRICT JUDGE